# IN THE SUPREME COURT OF THE STATE OF NEVADA

AFSHIN BAHRAMPOUR,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 77418

**FILED**

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order of commitment pursuant to NRS 178.415. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
        Pickering

_____ J.
Gibbons

_____, J.
        Hardesty

cc:   Hon. Jennifer P. Togliatti, District Judge
       Afshin Bahrampour
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

18-907638